UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                                          Case No. 1:04:CR:87

JAMES DAVID DARLAND and                 HON. GORDON J. QUIST
CLODELLA ANN DARLAND,

       Defendants.

_____/

**<u>ORDER</u>**

James Darland and Clodella Darland, husband and wife, have been indicted by the United States for conspiracy to defraud the United States, attempt to evade or defeat tax and failure to appear. These defendants have now filed a "Notice Of This Claim Of This Interlocutory Appeal Under The U.S.C. 28, Section 1292(a)(3)." The body of this so-called Notice is a mishmash of phrases referring to "mandatory-bond-call," "Fraud with the Claim of the Jurisdiction," "Claim of the seal of the document-treaty of the Unity-State of our World -Corporation," complaints regarding, apparently, claims that the defendants may have mental defects or disabilities, etc. There are also certain references to copyrights and warehouses. Defendants are currently undergoing psychiatric tests. *See* Docket No. 173. 28 U.S.C. § 1292(a)(3) refers to interlocutory appeals from admiralty cases in which appeals from final decrees are allowed. It is not applicable to this criminal case.

Therefore, the "Notice Of This Claim Of This Interlocutory Appeal Under The U.S.C. 28, Section 1292(a)(3)" (docket no. 177) is hereby DENIED.

Dated:  May 3, 2005                                  _____/s/ Gordon J. Quist_____
                                                                   GORDON J. QUIST
                                                                   UNITED STATES DISTRICT JUDGE